## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

NATALIE THRASHER,

        Petitioner,

vs.                                                            No. CIV-09-231 MV/WDS

ARLENE HICKSON, Warden, and
Gary K. King, Attorney General for the
State of New Mexico,

        Respondents.

### ORDER

    **THIS MATTER** comes before the Court on Petitioner's Notice Re: Clarifying Order of

Production of the State Court Record filed May 13, 2010. [Doc. 16].  The Court will treat this Notice

as a Motion for Clarifying Order. In her Motion, Petitioner asks whether "pre-trial proceedings"

consist of the grand jury proceeding, the indictment arraignment hearing, the status/plea conference,

and the pre-trial conference, and Petitioner states that there is no record of  documents regarding

these proceedings being filed by the State.

    The Court has considered Petitioner's Notice and all documents filed to date in this matter

and sees no basis for filing documents regarding the above named proceedings at this time.  The

Court has been provided all documents necessary for it to resolve all pending motions.

    **IT IS SO ORDERED.**

 

_____
**W. DANIEL SCHNEIDER**
**UNITED STATES MAGISTRATE JUDGE**